**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SALOMON PABLO, *individually and on behalf of*
*others similarly situated*,

                               Plaintiff,

        -against-

JOHN DOE CORP. *d/b/a* Eddy's Laundry &
Cleaners, EDDY CHIN, CHRISTOPHER CHIN,
EDDY CHIN JR. and HEIDY DOE,
*a/k/a* Siu Chee Chin,

                           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                         ORDER

          21 Civ. 1664 (GBD)

GEORGE B. DANIELS, District Judge:

      The May 11, 2021 initial conference is hereby adjourned to July 13, 2021 at 9:30 a.m. in

light this case's referral to mediation.

Dated: May 6, 2021
       New York, New York

                              SO ORDERED.

                              *George B. Daniels*
                          GEORGE B. DANIELS
                         UNITED STATES DISTRICT JUDGE