UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SALOMON PABLO, *individually and on behalf of others similarly situated*,

               Plaintiff,

-against-

JOHN DOE CORP. *d/b/a* Eddy's Laundry & Cleaners, EDDY CHIN, CHRISTOPHER CHIN, EDDY CHIN JR. and HEIDY DOE, *a/k/a* Siu Chee Chin,

               Defendants.

------------------------------------- x

ORDER

21 Civ. 1664 (GBD)

GEORGE B. DANIELS, District Judge:

    The August 31, 2021 initial conference is hereby adjourned to October 26, 2021 at 9:30 a.m. in light this case's referral to mediation.

Dated: August 24, 2021
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE