**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X

SALOMON PABLO, *individually and on behalf of others similarly situated*,

       Plaintiff,

-against-            ORDER

JOHN DOE CORP. *d/b/a* Eddy's Laundry & Cleaners, EDDY CHIN, CHRISTOPHER CHIN, EDDY CHIN JR. and HEIDY DOE, *a/k/a* Siu Chee Chin,       21 Civ. 1664 (GBD)

       Defendants.

------------------------------------- X

GEORGE B. DANIELS, District Judge:

  The initial conference scheduled for October 26, 2021 is hereby adjourned to November 16, 2021 at 9:30 a.m.

Dated: October 5, 2021
   New York, New York

                 SO ORDERED.

                 *George B. Daniels*
                 GEORGE B. DANIELS
                 UNITED STATES DISTRICT JUDGE