UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

SALOMON PABLO, *individually and on behalf of others similarly situated*,

                Plaintiff,

-against-

JOHN DOE CORP. *d/b/a* Eddy's Laundry & Cleaners, EDDY CHIN, CHRISTOPHER CHIN, EDDY CHIN JR. and HEIDY DOE, *a/k/a* Siu Chee Chin,

                Defendants.
------------------------------------- x

JAN 0 6 2021

ORDER

21 Civ. 1664 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference is adjourned from January 11, 2022 to March 1, 2022 at 9:30 a.m.

Dated: January 6, 2022
      New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE