# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510 						Telephone: (212) 317-1200
New York, New York 10165 						Facsimile: (212) 317-1620

February 25, 2022

<u>VIA ECF</u>
Hon. George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007

      Re:    Pablo et al v. John Doe Corp. et al
            <u>Docket No.: 1:21-cv-01664-GBD</u>

Your Honor:

    Our office represents Plaintiff in the above-referenced matter. I write jointly with defense counsel to respectfully request an adjournment of the initial conference scheduled on March 1, 2022, at 9:30am.

    The parties are currently in settlement discussions, but have not reached an agreement in principle to date. As such, we respectfully request an extension of thirty (30) days in an attempt to settle this matter.

    The parties thank the Court for its time and attention to this matter.

                                Respectfully Submitted,

                                <u>*/s/ Bryan D. Robinson*</u>
                                Bryan D. Robinson, Esq.
                                CSM Legal, P.C.
                                *Attorneys for Plaintiff*

cc: *Attorney for Defendants* (via ECF)