**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SALOMON PABLO, *individually and on behalf of*
*others similarly situated*,

                     Plaintiff,

         -against-

JOHN DOE CORP. *d/b/a* Eddy's Laundry &
Cleaners, EDDY CHIN, CHRISTOPHER CHIN,
EDDY CHIN JR. and HEIDY DOE,
*a/k/a* Siu Chee Chin,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 8 2022

ORDER

21 Civ. 1664 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference is adjourned from March 1, 2022 to April 19, 2022 at 9:30 a.m. The

parties are directed to submit a status report to this Court by that date.

Dated: February 28, 2022
       New York, New York

                           SO ORDERED.

                           George B. Daniels

                           GEORGE B. DANIELS
                           UNITED STATES DISTRICT JUDGE