UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

SALOMON PABLO, *individually and on behalf of others similarly situated*,

      Plaintiff,

  -against-

JOHN DOE CORP. *d/b/a* Eddy's Laundry & Cleaners, EDDY CHIN, CHRISTOPHER CHIN, EDDY CHIN JR. and HEIDY DOE, *a/k/a* Siu Chee Chin,

      Defendants.

------------------------------------ x

ORDER

21 Civ. 1664 (GBD)

GEORGE B. DANIELS, District Judge:

  The initial conference is adjourned from June 7, 2022 to July 19, 2022 at 9:30 a.m.

Dated: June 1, 2022
   New York, New York

             SO ORDERED.

             *George B. Daniels*
             GEORGE B. DANIELS
             UNITED STATES DISTRICT JUDGE