UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

SALOMON PABLO, *individually and on behalf of others similarly situated*,

       Plaintiff,

  -against-

JOHN DOE CORP. *d/b/a* Eddy's Laundry & Cleaners, EDDY CHIN, CHRISTOPHER CHIN, EDDY CHIN JR. and HEIDY DOE, *a/k/a* Siu Chee Chin,

       Defendants.

------------------------------------ x

ORDER

21 Civ. 1664 (GBD)

GEORGE B. DANIELS, District Judge:

  The initial conference is adjourned from July 19, 2022 to September 27, 2022 at 9:30 a.m.

Dated: July 19, 2022
   New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE