UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

SALOMON PABLO, *individually and on behalf of others similarly situated*,

      Plaintiff,

-against-

JOHN DOE CORP. *d/b/a* Eddy's Laundry & Cleaners, EDDY CHIN, CHRISTOPHER CHIN, EDDY CHIN JR. and HEIDY DOE, *a/k/a* Siu Chee Chin,

      Defendants.

------------------------------------ x

ORDER

21 Civ. 1664 (GBD)

GEORGE B. DANIELS, District Judge:

  The initial conference is adjourned from September 27, 2022, to January 17, 2023, at 9:30 a.m.

Dated: September 26, 2022
   New York, New York

            SO ORDERED.

            *George B. Daniels*
            GEORGE B. DANIELS
            UNITED STATES DISTRICT JUDGE

# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

September 22, 2022

VIA ECF  
Hon. George B. Daniels  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, New York 10007

      Re: Pablo et al v. John Doe Corp. et al  
        Docket No.: 1:21-cv-01664-GBD

Dear Judge Daniels:

  Our office represents Plaintiff in the above-referenced matter. I write jointly with defense counsel and in accordance with Your Honor's Individual Motion Practice Rules II(A), II(C), and the directives of Your Honor's Clerk to respectfully request an adjournment of the conference scheduled on September 27, 2022, at 9:30am to a later date and time.

  The parties are in ongoing settlement discussions, but have not reached an agreement in principle to date. Notwithstanding, the parties are confident that they will reach a resolution in this matter without Court intervention.

  The parties thank the Court for its time and attention to this matter.

              Respectfully Submitted,

              */s/ Bryan D. Robinson*  
              Bryan D. Robinson, Esq.  
              CSM Legal, P.C.  
              *Attorneys for Plaintiff*

cc: *Attorney for Defendants* (via ECF)