UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
SALOMON PABLO, *on behalf of himself and all other persons similarly situated*,

                        Plaintiff,

    -against-

JOHN DOE CORP. *d/b/a* EDDY'S LAUNDRY & CLEANERS, EDDY CHIN, CHRISTOPHER CHIN, EDDY CHIN JR., HEIDY DOE *a/k/a* SIU CHEE CHIN,

                       Defendants.

------------------------------------- x

ORDER

21 Civ. 1664 (GBD) (JEW)

GEORGE B. DANIELS, United States District Judge:

    The initial conference scheduled for January 17, 2023 is adjourned *sine die* in light of this Court's referral to Magistrate Judge Willis for settlement.

Dated: January 10, 2023
       New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge