UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SALOMON PABLO, on behalf of himself and all other persons similarly situated,

                      Plaintiff,

-against-

JOHN DOE CORP. d/b/a EDDY'S LAUNDRY & CLEANERS ET AL,

                      Defendants.
-----------------------------------------------------------------X

**ORDER**

**21-CV-1664 (GBD) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This case was referred to Magistrate Judge Willis on January 10, 2023 for settlement. Dkt. No. 58. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide mutually agreeable dates for an in-person settlement conference by **February 13, 2023**. The Court is available February 9, 21, and 22, 2023 and the second and third weeks of March.

      SO ORDERED.

DATED:    New York, New York
               January 10, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge