**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

SALOMON PABLO, on behalf of himself and all
other persons similarly situated,

**ORDER**

        Plaintiff,

**21-CV-1664 (GBD) (JW)**

   -against-

JOHN DOE CORP. d/b/a EDDY'S LAUNDRY &
CLEANERS ET AL,

        Defendants.
----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

   This case was referred to Magistrate Judge Willis on January 10, 2023 for settlement.  Dkt.

No. 58.  The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at

WillisNYSDChambers@nysd.uscourts.gov and provide mutually agreeable dates for an in-person

settlement conference by **January 20, 2023**.  The Court is available February 21 and 22, 2023 and

the second and third weeks of March.  This Order corrects docket number 60.

   SO ORDERED.

DATED:  New York, New York
     January 17, 2023

             *Jennifer E. Willis*
           JENNIFER E. WILLIS
           United States Magistrate Judge