UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SALOMON PABLO, on behalf of himself and all
other persons similarly situated,

                                Plaintiffs,

          -against-

JOHN DOE CORP. d/b/a EDDY'S LAUNDRY
& CLEANERS ET AL,

                                Defendants.

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**21-CV-01664 (GBD) (JW)**

--------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **March 15, 2023 at 10:30 a.m.** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York. The parties and their attorneys must attend in person. The parties must review Judge Willis's Standing Order for All Cases Referred for Settlement and prepare pre-conference submissions accordingly. Pre-conference submissions must be received by the Court no later than **March 8, 2023.**

      SO ORDERED.

Dated: January 19, 2023
       New York, New York

                                                        _____
                                                        JENNIFER E. WILLIS
                                                       United States Magistrate Judge