**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

SALOMON PABLO, *individually and on behalf of others similarly situated*,

                Plaintiff,

-against-

JOHN DOE CORP. *d/b/a* Eddy's Laundry & Cleaners, EDDY CHIN, CHRISTOPHER CHIN, EDDY CHIN JR., and HEIDY DOE *a/k/a* Siu Chee Chin,

                Defendants.

------------------------------------x

ORDER

21 Civ. 1664 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties in this FLSA action have reached a settlement and jointly request this Court's approval. (ECF No. 67.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint letter for settlement approval, hereby GRANTS the parties' request and FURTHER ORDERS that:

1. The settlement agreement in the amount of $50,000.00, which is inclusive of all attorneys' fees and costs, is approved; and

2. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved. This Court shall retain jurisdiction for purposes of enforcement of the settlement agreement.

The Clerk of Court is directed to close this case accordingly.

Dated: October 2, 2023
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge